UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VAHID ATASHZAI, | ) CV 14-03198-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for calculation of a closed period of benefits.

DATED: October 30, 2014

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE