IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, VAHID ATASHZAI,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VAHID ATASHZAI,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ,<br><br>    Defendant. | ) Case No.: CV 14-3198  (SH)<br>)<br>) ORDER<br>) AWARDING EAJA FEES<br>)<br>)<br>)<br>) HON. STEPHEN J. HILLMAN<br>)  UNITED STATES MAGISTRATE<br>) JUDGE<br>) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded  in the amount of  FOUR THOUSAND SEVEN HUNDRED THIRTY SIX DOLLARS ($4,736.00)  as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: January 09, 2015

                                                    _____
                                                  HON. STEPHEN J. HILLMAN
                                                  UNITED STATES MAGISTRATE

| | |
|---|---|
| 1 | JUDGE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |